**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1735**

In Re:  MUHSEN A. HADDAD,

                                                    Debtor.

-------------------------

BROTHERLY LOVE, LLC,

                                    Plaintiff - Appellant,

        versus

MUHSEN A. HADDAD,

                                    Defendant - Appellee,

        and

UNITED STATES TRUSTEE,

                                    Party in Interest.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge. (8:06-
cv-00061-PJM; 05-17608)

Submitted:  March 28, 2007          Decided:  April 12, 2007

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gary A. Rosen, Rockville, Maryland, for Appellant.   Richard H. Gins, Bethesda, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brotherly Love, LLC, appeals from the district court's order affirming the bankruptcy court's order granting the motion of the debtor, Muhsen A. Haddad, to dismiss his Chapter 7 bankruptcy case. We have reviewed the record and decisions of the bankruptcy court and the district court and find no reversible error. Accordingly, we affirm. See In re O'Brien Envtl. Energy, Inc., 181 F.3d 527, 531 (3d Cir. 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED